IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESORT OF PALM BEACH, LLC, | : | Case No. 06-10798 (KG) |
| | : | |
| Debtor. | : | |

**NOTICE OF APPEAL OF ORDER CONVERTING CHAPTER 11 CASE**

Resort of Palm Beach, LLC (the "Debtor"), by and through its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) from the Order Converting Chapter 11 Case (D.I. 359), entered March 8, 2007 (the "Order").

The names of the parties to the Order appealed from, and the names, addresses and telephone numbers of their respective attorneys, are:

**APPELLANT:**                **Resort of Palm Beach, LLC**

Represented by:

David B. Stratton, Esq.
James C. Carignan, Esq.
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

and

Douglas E. Spelfogel, Esq.
Richard J. Bernard, Esq.
BAKER & HOSTETLER LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

101674511
#8412374 v1

| | |
|---|---|
| **APPELLEE:** | **Kelly Beaudin Stapleton**<br>**United States Trustee for this District** |

Represented by:

Richard L. Schepacarter, Esq.
OFFICE OF THE U.S. TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801
Telephone: (302) 573-6491
Facsimile: (302) 573-6497

**INTERIM CHAPTER 7 TRUSTEE:**     **Alfred T. Giuliano**

Represented by:

Erin K. Brignola, Esq.
COOPER LEVENSON APRIL NIEDELMAN
& WAGENHEIM, P.A.
30 Fox Hunt Drive
Bear, Delaware 19701
Telephone: (302) 838-2600

Dated: Wilmington, Delaware
      March 19, 2007

                                Respectfully submitted,

                                BAKER & HOSTETLER LLP
                                666 Fifth Avenue
                                New York, New York 10103
                                Douglas E. Spelfogel
                                Richard J. Bernard
                                Telephone: (212) 589-4200
                                Facsimile: (212) 589-4201

                                and

                                PEPPER HAMILTON LLP

                                /s/ James C. Carignan
                                David B. Stratton (Bar No. 960)
                                James C. Carignan (Bar No. 4230)
                                Hercules Plaza, Suite 5100
                                1313 N. Market Street
                                Wilmington, Delaware 19801
                                Telephone: (302) 777-6500
                                Facsimile: (302) 421-8390

                                *Co-Counsel for Resort of Palm Beach, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESORT OF PALM BEACH, LLC | : | Bankruptcy No. 06-10798(KG) |
| | : | |
| Debtors. | : | Related to Docket No. _____. |

### ORDER CONVERTING CHAPTER 11 CASE

Upon consideration of the United States Trustee's Motion for Entry of an Order either Converting or Dismissing the Chapter 11 Case filed, by and through her counsel, and finding that due and sufficient notice of the Motion having been given under the circumstances; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and this is a core proceeding under 28 U.S.C. 157(b)(2); and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

The United States Trustee's Motion for Entry of an Order Converting or Dismissing the Debtor's Chapter 11 Case is hereby **GRANTED** and this Chapter 11 case is hereby **CONVERTED** to a case under Chapter 7 of the United States Bankruptcy Code.

Date: March 7, 2007

_____
The Honorable Kevin Gross
Judge, U.S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____  ○ BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
       Docket Number: _____     Date Entered: _____

Item Transmitted:  ○ Notice of Appeal        ○ Motion for Leave to Appeal
                 ○ Amended Notice of Appeal   ○ Cross Appeal
       Docket Number: _____      Date Filed: _____

*Appellant/Cross Appellant:                  *Appellee/Cross Appellee
_____  _____
Counsel for Appellant:                                Counsel for Appellee:
_____  _____
_____  _____
_____  _____
_____  _____

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?  ○ Yes  ○ No

IFP Motion Filed by Appellant?  ○ Yes  ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes  ○ No
   If so, has District Court assigned a Civil Action Number?  ○ Yes  ○ No  Civil Action # _____

Additional Notes:
_____

_____           By: _____
Date                                                 Deputy Clerk

_____
                                                                                     FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06