IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESORT OF PALM BEACH, LLC, | : | Bankruptcy No. 06-10798(KG) |
| | : | |
| Debtor. | : | |

**APPELLEE UNITED STATES TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL PURSUANT TO FED. R. BANKR. P. 8006**

Kelly Beaudin Stapleton, the United States Trustee for this District, ("Appellee"), by and through her counsel, hereby files her Designation of Additional Items to be Included in the Record on Appeal Pursuant to Fed. R. Bankr. P. 8006 as follows:

1.  Chapter 11 Voluntary Petition with attachments (Filed July 31, 2006, D.I. 1).

2.  Debtor-In-Possession Monthly Operating Report for Filing Period July 31, 2006 through August 15, 2006 (Filed August 15, 2006, D.I. 23).

3.  Exhibit to Debtor's Initial Monthly Operating Report (Filed August 17, 2006, D.I. 28).

4.  Debtor-In-Possession Monthly Operating Report for Filing Period September 2006 (Filed October 23, 2006, D.I. 125).

5.  Debtor-In-Possession Monthly Operating Report for Filing Period October 2006 Filed by Resort of Palm Beach, LLC (Filed November 21, 2006, D.I. 166).

6.  Supplemental Debtor-In-Possession Monthly Operating Report for Filing Period August 1 - September 30, 2006 (Filed December 18, 2006, D. I. 202).

7.  Debtor-In-Possession Monthly Operating Report for Filing Period November 2006 (Filed December 20, 2006, D. I. 209).

8.  Debtor-In-Possession Monthly Operating Report for Filing Period December 2006 (Filed January, 18, 2007, D.I. 243).

9.  United States Trustee's Objection to the Debtors Revised Second Amended Chapter 11 Combined Plan of Reorganization and Disclosure Statement (Filed January 22, 2007, D. I. 248).

10. Order Signed on March 2, 2007 (D.I. 346).

11. Minutes of Hearing held on March 2, 2007, Subject: Teleconference - Discovery Issues (Filed March 5, 2007, D.I. 347).

12. Debtor-In-Possession Monthly Operating Report for Filing Period January 2007 (Filed March 7, 2007, D.I. 352).

13. Notice of Agenda of Matters Scheduled for Hearing Second Amended (Filed March 8, 2007, D.I. 358).

14. Transcript of Hearing held on February 22, 2007 before the Honorable Kevin Gross, along with any and all documents entered into evidence at the hearing. (Filed March 13, 2007, D.I. 369).

15. Transcript of Hearing held on March 8, 2007 before the Honorable Kevin Gross, along with any and all documents entered into evidence at the hearing. (Filed April 4, 2007, D.I. 399).

Respectfully submitted,

**KELLY BEAUDIN STAPLETON**
**UNITED STATES TRUSTEE**

By:  /s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801
Phone: (302) 573-6491
Dated: April 9, 2007    Fax: (302) 573-6497