IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Resort of Palm Beach LLC

| | | |
|---|---|---|
| Resort of Palm Beach LLC | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-199 |
| | ) | |
| v. | ) | |
| | ) | |
| Kelly Beaudin Stapleton, U.S. Trustee | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 06-10798 |
| | | Bankruptcy Appeal No. 07-11 |

**STIPULATION TO WITHDRAW WITH PREJUDICE NOTICE OF APPEAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Appellant, RESORT OF PALM BEACH LLC, and Appellee, KELLY BEAUDIN STAPLETON, U.S. TRUSTEE, through their undersigned attorneys, that Appellant's Notice of Appeal filed with the Bankruptcy Court on March 7, 2007 and docketed with this Court on April 10, 2007 is withdrawn with prejudice with all parties to bear their own costs.

101728485

Dated: May 9, 2007

        BAKER & HOSTETLER LLP
        666 Fifth Avenue
        New York, New York 10103
        Douglas E. Spelfogel
        Richard J. Bernard
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        and
        PEPPER HAMILTON LLP

        /s/ James C. Carignan
        David B. Stratton (Bar No. 960)
        James C. Carignan (Bar No. 4230)
        Hercules Plaza, Suite 5100
        1313 N. Market Street
        Wilmington, Delaware 19801
        Telephone: (302) 777-6500
        Facsimile: (302) 421-8390
        *Co-Counsel for the Debtor/Appellant*

        KELLY BEAUDIN STAPLETON
        UNITED STATES TRUSTEE

        Richard L. Schepacarter
        Trial Attorney
        J. Caleb Boggs Federal Building
        844 King Street, Room 2207
        Wilmington, DE 19801
        Phone: (302) 573-6491
        Facsimile: (302) 573-6497
        *Counsel to Kelly Beaudin Stapleton,*
        *U.S. Trustee/Appellee*

CONSENTED TO BY:

COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.

*/s/ Erin K. Brignola*
Erin K. Brignola (No. 2723)
30 Fox Hunt Drive
Bear, Delaware 19701
Telephone: (302) 838-2600
*Counsel for Alfred T. Giuliano, Esquire, Chapter 7 Trustee*

101728485

## CERTIFICATE OF SERVICE

      I, James C. Carignan, hereby certify that on May 9, 2007, I caused to be served the Stipulation To Withdraw With Prejudice Notice Of Appeal, upon the following entities via regular, first-class mail.

Erin K. Brignola, Esq.
Cooper Levenson April Niedelman & Wagenheim, P.A.
30 Fox Hunt Drive
Bear, DE  19701

Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE  19801

Dated:  May 9, 2007
Wilmington, DE

_____
James C. Carignan (No. 4230)